UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE GONZALEZ, et al.,<br><br>                               Plaintiffs<br><br>v.<br><br>CHULA VISTA ELEMENTARY SCHOOL DISTRICT, et al.,<br><br>                               Defendants. | Case No.:  21-cv-1314-L (DDL)<br><br>**ORDER DENYING AS MOOT MOTIONS TO DISMISS [ECF NO. 27, 28, 30.]** |

Pending before the Court are Defendants Chula Vista Elementary School District, Jonathan Morello, and Benita K. Ritchie's motions to dismiss the first amended complaint. [ECF No. 27, 28, 30.] On June 9, 2023, Plaintiffs filed a second amended complaint *in lieu* of opposing the pending motions to dismiss. [ECF No. 51.]

Accordingly, Defendants motions to dismiss the first amended complaint are DENIED as moot.  *See Ramirez v. County of San Bernardino*, 806 F.3d 1002, 1008 (9th Cir. 2015).

**IT IS SO ORDERED.**

Dated:  June 9, 2023

_____
Hon. M. James Lorenz
United States District Judge